**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT CLOSE,<br><br>      Plaintiff,<br><br>vs.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA; TRADER INTERACTIVE, LLC GROUP SHORT TERM DISABILITY PLAN; and TRADER INTERACTIVE GROUP LONG TERM DISABILITY PLAN,<br><br>      Defendants. | Case No. 5:21-cv-01848-JWH-KKx<br><br>**ORDER GRANTING STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE**<br><br>Judge:  Hon. John W. Holcomb<br><br>Complaint Filed:  November 2, 2021 |

1. Based upon the stipulation of the parties, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, and for good cause shown, it is hereby **ORDERED** as follows:

   1. This action, Case No. 5:21-cv-01848-JWH-KKx, is **DISMISSED** in its entirety as to all defendants **with prejudice**.

   2. All dates set in this matter are hereby **VACATED** and taken off calendar.

   3. Each party shall bear its own attorneys' fees and costs in this matter.

**IT IS SO ORDERED.**

Dated: March 23, 2022

Hon. John W. Holcomb
UNITED STATES DISTRICT JUDGE